UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PEGGY CLINTON,

Plaintiff,

v.

NEVRO CORPORATION, et al.,

Defendants.

Case No. 26-cv-12034-SK

***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-titled case IS HEREBY REFERRED to the Honorable Haywood Gilliam to consider whether *Clinton v. Nevro Corp., et al.*, 26-cv-12034-SK is related to *In re: Nevro Corporation Spinal Cord Stimulator Products Liability Litigation*, 26-md-03195-HSG.

**IT IS SO ORDERED**.

Dated: November 4, 2026

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California